■ MELODY A. BRADY, as Administratrix of the Estate of DENNIS W. BRADY, Deceased, Respondent, v VIRGINIA A. DICKERSON, Appellant. (Appeal No. 1.)—Appeal unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Chautauqua County, Ricotta, J.—Dismiss Complaint.) Present —Denman, P. J., Pine, Lawton, Boehm and Doerr, JJ.

■ NIAGARA FRONTIER TRANSPORTATION AUTHORITY, Appellant-Respondent, v HARTFORD INSURANCE COMPANY et al., Respondents-Appellants.—Order unanimously affirmed without costs. Memorandum: The court properly denied the motion and cross motion for summary judgment as premature. Whether coverage B of the insurance policy at issue applies at all depends upon the resolution of questions of fact in the Federal action *(see generally, New York Pub. Interest Research Group v Carey,* 42 NY2d 527, 531; *Aetna Cas. & Sur. Co. v Liberty Mut. Ins. Co.,* 91 AD2d 317, 325-326). (Appeals from Order of Supreme Court, Erie County, Flaherty, J.—Summary Judgment.) Present—Denman, P. J., Pine, Lawton, Boehm and Doerr, JJ.